> Request GRANTED. The deadline to answer or otherwise respond to the complaint is extended until **February 3, 2025**. The Clerk of Court is directed to terminate Dkt. No. 12.
>
> SO ORDERED. Date 12/3/2024
>
> HON. MARGARET M. GARNETT
> U.S. DISTRICT JUDGE



**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

MURIEL GOODE-TRUFANT
*Acting Corporation Counsel*

LAURA C. WILLIAMS
Assistant Corporation Counsel
Phone: (212) 356-2435
Fax: (212) 356-1148
E-mail: lawillia@law.nyc.gov

December 2, 2024

**By ECF**
Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: *Liakat Khan v. New York City Department of Housing Preservation & Development*
        24 Civ. 7014 (MMG)

Dear Judge Garnett:

    I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, attorney for the New York City Department of Housing Preservation & Development ("Defendant") in the above-referenced action. I write to respectfully request a 60-day extension of time, from December 4, 2024 to February 3, 2025, for Defendant to respond to the complaint. This is Defendant's first request for an extension of time to respond to the complaint, and Plaintiff *pro se* consents to this request.

    This extension is requested to provide this Office with sufficient time to assign this case to an attorney to handle going forward, investigate the numerous allegations contained in the complaint, and prepare an appropriate response. The requested extension will not affect any other deadlines.

    Thank you for your consideration of this request.

                      Respectfully submitted,

                        /s/
                      Laura C. Williams
                      Assistant Corporation Counsel

cc: Liakat Kahn, Plaintiff *Pro Se* (via ECF, email, and first-class mail)